EDWIN CARRUTH *vs.* GEORGE GRASSIE.

A heifer, twenty months old, and which has not begun to give milk, is exempt from execu
tion as a cow, under Rev. Sts. *c.* 97, § 22, *cl.* 4, if its owner intends to keep it as a cow,
and has no other cow.

REPLEVIN of a cow.   Trial in the court of common pleas,
before *Perkins,* J., who signed this bill of exceptions :

" The plaintiff offered evidence tending to show that he had
raised the animal in question from a calf, and was intending to
keep it for his cow ; that at twenty months old it was sold as
his property on an execution issued in due form of law against
him, and purchased by the defendant; that the animal first gave
milk at about three years old ; and that at the time of the levy
he had no other cow.   Upon this evidence, the plaintiff con-
tended, and the judge instructed the jury, that, if they were
satisfied of the facts which the evidence tended to prove, the
animal was exempt from the levy of an execution as the debt-
or's only cow.   The jury returned a verdict for the plaintiff; and
to the foregoing instruction the defendant excepts."

*C. G. Stevens,* for the defendant, cited *Buckingham* v. *Billings,*
13 Mass. 82 ; *Gibson* v. *Jenney,* 15 Mass. 205 ; *Davlin* v. *Stone,*
4 Cush. 359 ; *Freeman* v. *Carpenter,* 10 Verm. 433 ; *Blake* v.
*Baker,* 41 Maine, 78 ; Rev. Sts. *c.* 97, §§ 19, 22, *cl.* 4 ; *St.* 1857,
*c.* 235.

*G. F. Hoar,* for the plaintiff, cited Rev. Sts. *c.* 97, § 22 ;
Webst. Dict. " Heifer " ; *Richardson* v. *Buswell,* 10 Met. 506 ;
*Gibson* v. *Jenney,* 15 Mass. 205 ; *Leavitt* v. *Metcalf,* 2 Verm.
342 ; *Haskill* v. *Andros,* 4 Verm. 609 ; *Dow* v. *Smith,* 7 Verm.
465 ; *Freeman* v. *Carpenter,* 10 Verm. 433 ; *Hill* v. *Loomis,* 6
N. H. 263.

SHAW, C. J.   The object and purpose of the statute are to
secure certain articles necessary to the well-being and suste-
nance of the debtor, his wife and family, from being taken on
execution for debt.   When a right is granted, either by an indi-
vidual, or by a statute, the means of securing the right are also

granted by implication. If it were necessary to the exemption that the animal should be actually giving milk at the time, then almost any cow must be liable to be taken on execution at some time of the year. The court are of opinion that if the debtor has honestly taken a heifer calf with the expectation and purpose of keeping her for a cow, she is within the true and equitable meaning of the statute.    *Exceptions overruled.*